E-FILING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 DEC 12 P 1:44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOSHUA JOSEPH COMMANDER,<br>　　　a/k/a Spencer Cornell,<br>　　　a/k/a Jason Codhermm,<br>　　　a/k/a Gregory Wilhite,<br><br>　　　Defendant. | CR No. 07 00786 RMW PVT<br><br>VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 853(a)(1) & (2) - Criminal Forfeiture<br><br>SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

Introduction

1.　　Beginning in and around January 2004 and continuing through December 2005, in the Northern District of California and elsewhere, defendant Joshua Joseph Commander, aka Spencer Cornell, aka Gregory Wilhite ("Commander") did knowingly and intentionally devise and execute a scheme and artifice to defraud his customers as to material matters, and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and omissions.

INFORMATION
U.S. v. COMMANDER

The Scheme and Artifice to Defraud

2. The gist of the scheme and artifice to defraud was that Commander would and did advertise and sell his ability to crack the password of any e-mail account, knowing that he had neither the ability nor intention of doing so. Commander received advance payments through PayPal and in cash from his customers and never provided them with the passwords that he promised.

3. As part of his scheme and artifice to defraud, Commander advertised his "password-cracking" abilities on several Internet forums under the fictitious names Spencer Cornell and Jason Codhermm. In these advertisements, Commander represented that he could obtain the password to any e-mail account, all the while knowing that such representations were false and fraudulent because he had neither the ability nor intention to obtain the passwords as promised. Commander communicated with his customers through the multiple e-mail accounts that he had established, including but not limited to, spe_nce_g@yahoo.com, sp_electron@yahoo.com, sp_electron@lycos.com, spence4ever@mindless.com, spence_4_ever@hotmail.com and json_cod@hotmail.com. Commander took payments in advance from his customers either through PayPal or cash and never provided the passwords that he promised. In the event that the customer mailed him a cash payment, he would and did instruct his customers to mail the cash to him under the fictitious name of Gregory Wilhite.

4. It was also part of his scheme that after he received payment, Commander contacted his customers and notified them that because of a purported technical security feature on the e-mail account, he was unable to obtain the password or access the account. This statement was false and served only to put off victim's complaints of defendant's failure to deliver on his promises. In the event that a customer complained and sought a refund, Commander would and did threaten that he would inform either the holder of the e-mail account whose password that the customer had sought or law enforcement of the customer's request to him.

INFORMATION
U.S. v. COMMANDER

1      5.    On or about April 9, 2004, in the Northern District of California and
2  elsewhere, the defendant
3                      JOSHUA JOSEPH COMMANDER
4  for purposes of executing the scheme and artifice to defraud described above, did knowingly
5  transmit and caused to be transmitted by means of wire communications in interstate commerce
6  certain writings, signs, signals, and pictures, that is, an e-mail message from
7  spe_nce_g@yahoo.com to cloud@magnolia-net.com admonishing one of his customers that
8  reporting him to law enforcement would have detrimental consequences for her.
9      All in violation of Title 18, United States Code, Section 1343.
10 **FORFEITURE ALLEGATIONS**: (18 U.S.C. § 853(a)(1) & (2) - Criminal Forfeiture)
11     6.    The factual allegations contained in Paragraphs One through Eleven of this
12 Information are realleged and incorporated herein.
13     7.    Upon conviction of the offenses alleged in Count One, the defendant
14                     JOSHUA JOSEPH COMMANDER,
15 shall forfeit to the United States any property constituting, and derived from any proceeds
16 defendant obtained, directly or indirectly, as the result of such violations, and any of defendant's
17 property used or intended to be used, in any manner or part, to commit or to facilitate the
18 commission of such violations, pursuant to Title 21, United States Code, Section 853(a)(1) and
19 (2), including but not limited to the following:
20         (1) a Gateway desktop computer, model Essential 433C, serial number
21         0017806669; and
22         (2) a Hewlett Packard laptop computer, model Pavilion N5170, serial number
23         TW03701097.
24
25
26
27
28

INFORMATION
U.S. v. COMMANDER

All in violation of Title 21, United States Code, Section 853(a)(1) & (2).

DATED: 12/6/07

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Division

(Approved as to form: _____)
AUSA HANLEY CHEW

INFORMATION
U.S. v. COMMANDER

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. 1343

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years term of imprisonment
$250,000 fine
3 years of supervised release
$100 mandatory special assessment

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
FBI Special Agent Lisa Miller

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Hanley Chew

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT - U.S.

2007 DEC 12 P 1:44

▶ JOSHUA JOSEPH COMMANDER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

CR 07 00786 RMW

---- DEFENDANT ----

PVT

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Los Angeles Men's County Jail

Has detainer been filed?   ☐ Yes   ☑ No } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: