***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00786-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JOSHUA JOSEPH COMMANDER (P)
     **APPEARANCES:**

**PLTF:** AUSA: H. Chew     **DEFT:** C. Lie

**COURT ACTION: ARRAIGNMENT AND DISPOSITION**

Hearing Held. The Court arraigned the defendant on the Information. Defendant waived formal reading and waived advisement of rights. A Waiver of Indictment was executed and accepted by the Court. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was previously executed and filed with court. The Court set a sentencing hearing for 4/21/08 @ 9:00 am.

     */s/ Jackie Garcia*
      **JACKIE GARCIA**
     **Courtroom Deputy**