AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**FILED**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

V.

Joshua J. Commander

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00786-RMW

I, _Joshua Commander_, the above named defendant, who is accused of

18 USC 1343

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 14, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Ronald M. Whyte_
           Judicial Officer