JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066
   E-mail: Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA JOSEPH COMMANDER, ) <br>    a/k/a Spencer Cornell, ) <br>    a/k/a Jason Codhermm, ) <br>    a/k/a Gregory Wilhite, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR07-00786 RMW (PVT) <br><br> **GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT** <br><br> Sentencing Date: April 21, 2008 <br> Sentencing Time: 9:00 a.m. <br> Before: The Honorable Ronald M. Whyte |

On or about December 12, 2007, a one-count information charging the defendant Joshua Joseph Commander ("defendant") with one count of wire, in violation of 18 U.S.C. § 1343, was filed. On or about December 27, 2007, defendant pled guilty to the information.

On or about April 7, 2008, the Probation Office issued its Pre-Sentence Report ("PSR") in this matter. The PSR calculated that defendant's base offense level was 7 (pursuant to U.S.S.C. § 2B1.1(a)) and a 2-enhancement for mass-marketing (pursuant to U.S.S.G. § 2B1.1(b)(2)(A)) (PSR ¶¶ 20-21) was applicable. With the 2-level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a), defendant's final adjusted offense

RESP. TO PSR
U.S. v. COMMANDER

1  level is 7 (PSR ¶¶ 26-29).  The Probation Office further determined that defendant has no
2  criminal history points and is in Criminal History Category I (PSR ¶ 33).  Based on the
3  defendant's criminal history, the Probation Office calculated defendant's applicable sentencing
4  guideline range to be 0 to 6 months (PSR ¶ 73).

5        On April 7, 2008, the Probation Office also filed its final sentencing recommendation,
6  which recommended "three years probation" and that "defendant participate in the Electronic
7  Monitoring Program for six months."  Probation Office Sentencing Recommendation, p. 2.  The
8  Probation Office stated that such a sentence was "sufficient to satisfy the statutory purposes of
9  sentencing, including punishment, deterrence, and the protection of the community."  Id.

10       The government has no objections to the factual findings of the PSR.  The government
11 also has no objections to the Probation Office's final sentencing recommendation of three years
12 probation, with six months of home confinement with electronic monitoring.   However, the
13 government does not believe that the 2-enhancement for mass-marketing (pursuant to U.S.S.G.
14 § 2B1.1(b)(2)(A)) is appropriate and objects to its application.  The government stands by the
15 terms of the plea agreement and respectfully requests that this Court sentence defendant to three
16 years probation, with a six-month period of home confinement with electronic monitoring.

17
18 Dated: April 7, 2008                                          JOSEPH P. RUSSONIELLO
                                                                 United States Attorney
19
20                                                               /s/ Hanley Chew
                                                                 HANLEY CHEW
21                                                               Assistant United States Attorney

22
23
24
25
26
27
28