***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** April 21, 2008   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00786-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JOSHUA JOSEPH COMMANDER
   **APPEARANCES:**   (P)

**PLTF:** AUSA: H. Chew   **DEFT:** C. Lie
   **PROBATION OFFICER:**   W. Iqbal

**COURT ACTION: JUDGMENT AND SENTENCING**

Hearing Held. The Court sentenced the defendant to 3 years of probation as to Count 1 of the Information. The defendant shall participate in Home Confinement with Electronic Monitoring for a period of 6 months. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court also ordered restitution in the amount of $282.00 to various victims. The Court did not impose a fine. See Judgment for specifics.

   */s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**