06/06/2008 05:11 PM EST

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN507CR000786    US VS COMMANDER

| 001 | JOSHUA JOSEPH COMMANDER | 5004100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461002994 | 1 | PR | 100.00 | 04/21/2008 |
| 001 | JOSHUA JOSEPH COMMANDER 8355XX | | VICTIM RESTITUTION | 282.00 | 242.00 | CT 3461019389 | 1 | PR | 40.00 | 05/21/2008 |

Division Payment Total     140.00

Grand Total     140.00

[Stamp: FILED JUN 9 - 2008 CLERK NORTHERN...]

$100.00 SPECIAL ASSESSMENT ON 4/21/08
PAID IN FULL